UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CHARLES LEE THOMAS,

    Plaintiff,

v.                                        CASE NO. 2:08-CV-00553-FTM-CEH-SPC

CITY OF PUNTA GORDA, CHIEF CHARLES
RINEHART, Individually and in His Official
Capacity, OFFICER HARVEY AYERS,
Individually and in His Official Capacity,
UNKNOWN POLICE OFFICERS OF PUNTA
GORDA POLICE DEPARTMENT, Individually
and in Their Official Capacities, UNKNOWN
WRITER(S) EMPLOYER BY THE SUNCOAST
MEDIA GROUP, SUNCOAST MEDIA GROUP,
UNKNOWN WRITER(S) FOR THE FORT
MYERS NEWSPRESS, FORT MYERS
NEWSPRESS, INC.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the filing of the Second Amended Report and Recommendation[1] by United States Magistrate Judge Sheri Polster Chappell on February 22, 2010 (Dkt. 88), recommending that the Court grant Defendant Detective Harvey Ayers' Motion to Dismiss and Dispositive Motion for Summary Judgment (Dkt. 26). Plaintiff filed objections to the First Amended Report and Recommendation (Dkt. 78). Defendant Ayers objects to the Second Amended Report and Recommendation to the extent that it recommends that the Court decline to exercise

---

[1] Magistrate Judge Chappell issued previous Reports and Recommendations on July 6, 2009 (Dkt. 60) and July 9, 2009 (Dkt. 67). These reports are considered moot upon the filing of the Second Amended Report and Recommendation.

supplemental jurisdiction over any pending state claims (Dkt. 89). Plaintiff re-asserts his previous objections in relation to the Second Amended Report and Recommendation (Dkt. 90).

After carefully considering Plaintiff's Complaint, Defendant Ayers' Motion to Dismiss and Dispositive Motion for Summary Judgment, Plaintiff's Response, Defendant Ayers' Reply, Magistrate Judge Chappell's Second Amended Report and Recommendation, Defendant Ayers' Objections and Plaintiff's Objections, and undertaking a *de novo* review of the legal determinations recommended in the Second Amended Report and Recommendation, the Court concludes that Magistrate Judge Chappell's Second Amended Report and Recommendation should be confirmed and accepted.[2]

**ACCORDINGLY**, it is now **ORDERED AND ADJUDGED** as follows:

1. The Second Amended Report and Recommendation of the Magistrate Judge (Dkt. 88) is **ADOPTED, CONFIRMED, and APPROVED** and is made a part of this order for all purposes, including appellate review.

2. Defendant Ayers' Motion to Dismiss and Dispositive Motion for Summary Judgment (Dkt. 26) is **GRANTED** with respect to Plaintiff's federal claims against Defendant Ayers. Plaintiff's federal claims against Detective Ayers, in his individual capacity, are dismissed with prejudice.

3. The Court will not exercise supplemental jurisdiction over any pending state claims of libel, slander and defamation of character. Plaintiff's state law claims against Detective Ayers, in his individual capacity, are dismissed, without prejudice.

4. The Clerk is directed to terminate any pending motions, enter judgment accordingly and close this case as to Detective Ayers.

---

[2] The Court notes a scrivener's error in the Report and Recommendation: August 18, 2008 should read August 18, 2006 (Dkt. 88, p. 2-3). In adopting the Report, this Court adopts this correction.

**DONE AND ORDERED** at Ft. Myers, Florida, on June 8, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Sherri Polster Chappell
Counsel of Record and Unrepresented Party