## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

CHARLES LEE THOMAS,

     Plaintiff,

v.                                         CASE NO. 2:08-CV-00553-FTM-CEH-SPC

CITY OF PUNTA GORDA, CHIEF CHARLES
RINEHART, Individually and in His Official
Capacity, OFFICER HARVEY AYERS,
Individually and in His Official Capacity,
UNKNOWN POLICE OFFICERS OF PUNTA
GORDA POLICE DEPARTMENT, Individually
and in Their Official Capacities, UNKNOWN
WRITER(S) EMPLOYER BY THE SUNCOAST
MEDIA GROUP, SUNCOAST MEDIA GROUP,
UNKNOWN WRITER(S) FOR THE FORT
MYERS NEWSPRESS, FORT MYERS
NEWSPRESS, INC.,

     Defendants.
_____/

## ORDER

    **THIS CAUSE** is before the Court on the Report and Recommendation submitted by United

States Magistrate Judge Sheri P. Chappell on August 11, 2010 (Dkt. 105).  The Report recommends

denying Plaintiff's Motion for Leave to Proceed in Forma Pauperis, filed on August 9, 2010 (Dkt.

103).  Plaintiff did not file any objections to the Report and Recommendation, and the time to do so

has now expired.

    Specifically, the Report recommends denying Plaintiff's motion to proceed *in forma pauperis*

on appeal because the appeal will not succeed as a matter of law (Dkt. 105, p. 3).  Plaintiff filed a

notice of interlocutory appeal on July 7, 2010 (Dkt. 101).  He is appealing the previous order entered

by this Court granting Defendant Ayer's Motion to Dismiss and Dispositive Motion for Summary

Judgment (Dkt. 88, 98).

After carefully considering Plaintiff's Motion to Proceed In Forma Pauperis, Plaintiff's

Affidavit of Indigency (Dkt. 104), and Magistrate Judge Chappell's Report and Recommendation,

and undertaking a *de novo* review of the legal determinations recommended in the Report and

Recommendation, the Court concludes that Magistrate Judge Chappell's Report and

Recommendation should be confirmed and accepted.

**ACCORDINGLY**, it is now **ORDERED** and **ADJUDGED** as follows:

1.       The Report and Recommendation of the Magistrate Judge (Dkt. 105) is **ADOPTED,**

**CONFIRMED** and **APPROVED** in all respects and is made a part of this order for all purposes,

including appellate review.

2.       Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. 103) is **DENIED**.

**DONE AND ORDERED** at Ft. Myers, Florida, on August 26, 2010.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Sheri Polster Chappell
Counsel of Record and Unrepresented Party

- 2 -